# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

JEREMY LONDON, ADC #152723                                        PLAINTIFF

V.                      5:12CV00236-JJV

ROBBIE FREAD, Jail Administrator,
Arkansas County Detention Center; *et al.*                        DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED without prejudice. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the corresponding Order would not be taken in good faith.

DATED this 23rd day of July, 2013.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE